UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:14-cr-00101 |
| VERSUS | * | JUDGE HAIK |
| DAVID SONNIER | * | MAGISTRATE JUDGE HILL |

### RULING  REGARDING COMPETENCY

On Motion of the United States of America, the undersigned issued an Order committing David Sonnier to the custody of the Attorney General for a mental examination pursuant to Title 18 U.S.C. §§ 4241 and 4242, and requiring that a report be issued and returned to this Court pursuant to Title 18 U.S.C. Sections 4247(b) and (c). [rec. docs. 32 and 33].  The Report, a Forensic Evaluation authored by Jessica Micono, Psy.D., dated January 5, 2015, has been received by the Court and filed under seal.  [rec. doc. 35]. Copies of the Report were furnished to counsel.

On January 29, 2015, counsel for both parties advised the Court by telephone that, other than the Forensic Evaluation performed by Dr. Micono, they had no additional evidence to submit.  Accordingly, the matter was taken under advisement.

The undersigned adopts the complete facts, findings, assessment and conclusions articulated in Dr. Micono's Forensic Evaluation dated January 5, 2015.  Based on  the facts, findings, assessment and conclusions articulated in Dr. Micono's report, and on the opinion by Dr. Micono that "Mr. Sonnier "is **not** currently suffering from a mental disease or defect rendering him unable to understand the nature and consequences of the

proceedings against him or properly assist in his defense," the undersigned concludes that the defendant, David Sonnier, is sufficiently able to understand the nature and consequences of these criminal proceedings and sufficiently able to assist counsel in his defense to support a finding that he is competent to proceed to trial.  Accordingly, **the Court holds the defendant, David Sonnier, is competent to proceed to trial.**

January 30, 2015, Lafayette, Louisiana.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE